NUMBER 13-10-00645-CR

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE:  SANDRA ANN BARRIENTES

 

 



On Petition for Writ of Mandamus.

 

 



MEMORANDUM OPINION

 

Before Chief Justice Valdez and Justices Garza and Benavides

Memorandum Opinion Per Curiam

            Relator, Sandra Ann
Barrientes, filed a petition for writ of mandamus in the above cause on January
20, 2011, seeking to compel the trial court to issue a nunc pro tunc judgment
granting her the additional time credit for time spent in the Substance Abuse
Felony Punishment Facility.  The Court requested and received a response to the
petition for writ of mandamus from the real party in interest, the State of
Texas, acting by and through the District Attorney in and for Nueces County,
Texas.  Relator has now filed an unopposed motion to dismiss this original
proceeding because the trial court has granted the requested relief and the petition
for writ of mandamus has been rendered moot.  

The Court, having
examined and fully considered the motion to dismiss, is of the opinion that
relator has shown herself entitled to the relief sought.  Accordingly, relator’s
motion to dismiss is GRANTED and the petition for writ of mandamus is DISMISSED
as moot.  See Tex. R. App. P.
52.8(a). 

 

                                                                                                                        PER
CURIAM

 

 

Do not publish.

See Tex. R. App. P. 47.2(b).

 

Delivered and filed this

15th day of February, 2011.